**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-31462 | Trustee Name: | Robert E. Eggmann |
|---|---|---|---|
| Case Name: | YOUNG, TRACIE ANN | Date Filed (f) or Converted (c): | 09/18/2015 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 10/23/2015 |
| | | Claims Bar Date: | 02/04/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Associated Bank | $20.00 | $20.00 | | $0.00 | FA |
| 2 | Associates Bank account | $100.00 | $0.00 | | $0.00 | FA |
| 3 | living room, diningroom, bedrooms, kitchen etc. | $880.00 | $880.00 | | $0.00 | FA |
| 4 | Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Assorted ladies jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 6 | 2006 Chrysler with 100k miles | $1,400.00 | $0.00 | | $0.00 | FA |
| 7 | Claim for injuries against Monsanto/Cerro | $15,000.00 | $0.00 | | $0.00 | $25,000.00 |

**Asset Notes:** Value estimated by trustee

**TOTALS (Excluding unknown value)**                           **Gross Value of Remaining Asset**

           $17,650.00              $900.00              $0.00              $25,000.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/22/2023 | Cerro Copper litigation still pending |
| 05/03/2023 | Cerro Copper litigation still pending |
| 02/01/2023 | Cerro Copper litigation still pending |
| 09/02/2022 | Cerro Copper litigation still pending |
| 07/13/2022 | File Application to Employ CM as Attorney |
| 05/19/2022 | PI case still pending |
| 02/02/2022 | Saved intake sheet to file |
| 11/11/2021 | Monsanto/Cerro Claim |
| 11/18/2015 | O GR Appl Employ Special Counsel entered |
| 11/16/2015 | Filed Appl Employ Special Counsel Monsanto/Cerro. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | Current Projected Date Of Final Report (TFR): | 12/31/2024 | /s/ ROBERT E. EGGMANN |
|---|---|---|---|---|
| | | | | ROBERT E. EGGMANN |